UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRISCILIANO CRISTOBAL BONIFACIO,

                Plaintiff,

-v-

ENVIOS DE VALORES LA NACIONAL CORP. AND DA-HAB PROPERTIES, INC.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 9800 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

This action has been referred to the undersigned for General Pretrial Supervision. (ECF No. 5). The Complaint in this action was served on December 21, 2021, with Defendants' Answer due on January 11, 2022. (ECF Nos. 6, 7). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **February 1, 2022** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul G. Gardephe, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **February 15, 2022**.

Dated:    New York, New York
              January 25, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**