# THE MARKS LAW FIRM, P.C.

February 1, 2022

**Via ECF:**
Hon. Sarah L Cave
United States Magistrate Judge
United States District Court
500 Pearl Street, Courtroom 18A
New York, NY 10007

      RE:    **Bonifacio v. Envios de Valores la Nacional Corp. et al**
              Index: 1:21-cv-9800-PGG-SLC

Dear Judge Cave,

    In response to your Honor's January 25, 2022 Order, Plaintiff respectfully requests additional time to move for default in the above referenced matter. To date, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved. Defendants were served through the secretary of state on December 21, 2021. Plaintiff has been made aware that there have been delays with service through the secretary of state and would like time to make attempts to contact the Defendants and make sure they are aware of the pending matter. Therefore, Plaintiff respectfully requests thirty (30) days to make additional attempts to contact Defendants. If Defendants do not answer, appear or otherwise move, Plaintiff will move for default. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
     Bradly G. Marks

---

Plaintiff's requested extension (ECF No. 9) is GRANTED. By **March 3, 2022**, Plaintiff shall request a Certificate of Default from the Clerk of Court and, by **March 17, 2022**, shall file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul G. Gardephe, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55.

The Clerk of Court is respectfully directed to close ECF No. 9.

SO ORDERED    2/1/2022

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

---

155 E 55th Street Suite 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com