UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRISCILIANO CRISTOBAL BONIFACIO,<br><br>                      Plaintiff,<br>-v-<br><br>ENVIOS DE VALORES LA NACIONAL CORP. and<br>DA-HAB PROPERTIES, INC.,<br><br>                      Defendants. | CIVIL ACTION NO.: 21 Civ. 9800 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Envios de Valores la Nacional Corp.'s request for a 45-day extension of time "to complete mediation" (ECF No. 32) is GRANTED, and the Court orders as follows:

1. All fact discovery shall be completed by **November 3, 2022**.

2. By **November 10, 2022**, the parties shall file a joint letter certifying the completion of fact discovery.

3. All expert discovery shall be completed by **January 18, 2023**, and shall proceed as follows:

    a. Defendants shall serve their expert disclosures by **November 17, 2022**;

    b. Plaintiff serve any rebuttal expert disclosures by **December 19, 2022**; and

    c. Expert depositions, if any, shall be completed by **January 18, 2023.**

4. By **January 25, 2023**, the parties shall file a joint letter certifying the completion of expert discovery.

Dated:      New York, New York                      SO ORDERED.
               July 21, 2022

                                                            _____
                                                            **SARAH L. CAVE**
                                                            **United States Magistrate Judge**